Homer Ray Roseberry
ADOC No. 178096
Arizona State Prison Complex
Eyman/Browning Unit
P.O. Box 3400
Florence, AZ 85132-3400

Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Homer Ray Roseberry, | CV-15-1507-PHX-NVW |
| Petitioner, | DEATH-PENALTY CASE |
| vs. | |
| Charles L. Ryan, Director, Arizona Department of Corrections and Ron Credio, Warden, Arizona State Prison – Eyman Complex, | Statement of Intent |
| Respondents. | |

I, Petitioner Homer Ray Roseberry, hereby express my intent to file an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the constitutionality of my confinement.

Respectfully submitted this 5th day of August, 2015

By: /s/ Homer R. Roseberry
Homer Ray Roseberry, Pro Se