**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Homer Ray Roseberry, | No. CV-15-1507-PHX-NVW |
|---|---|
| Petitioner, | **ORDER** |
| v. | DEATH PENALTY CASE |
| Charles L. Ryan, et al., | |
| Respondents. | |

Pending before the Court is Petitioner's Motion for Leave to File Non-Electronic Exhibits. (Doc. 63.) Upon review of Petitioner's motion, and for good cause shown,

IT IS ORDERED granting the motion. (Doc. 63.) The following exhibits to Petitioner's Motion for Evidentiary Development (Doc. 57) may be filed directly at the Clerk's office, with a copy provided for the Court's Capital Case Staff Attorney: Ex's 50, 51, 56, 58, 61, 62, 64, 67, 68, 72, 74, 77, 79, 92, 94, 109, 111, and 120.

Dated this 17th day of March, 2017.

Neil V. Wake
Senior United States District Judge